FRANK ALEXANDER, Respondent, *v.* THOMAS THOMASCHEK, Appellant, Impleaded with Another.

*Alexander* v. *Thomaschek*, 157 App. Div. 915, reversed.
(Argued May 4, 1915; decided May 25, 1915.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered July 9, 1913, affirming a judgment in favor of plaintiff entered upon a verdict in an action for fraud and deceit alleged to have arisen on the sale to the plaintiff of a saloon. Plaintiff testified that he was shown the place and the price thereof was $625 and immediately upon the payment of the money he went into possession and immediately attempted to have the license transferred to his name and to procure goods with which to do business from the Koehler Brewing Company. He then discovered for the first time that the brewing company would not furnish him beer; that he could not get the license transferred to his name and could not get the landlord to take him as a tenant; that he could not get beer from any other brewery for the reason that the Koehler Brewing Company had a mortgage upon the fixtures. He had been led to believe that everything would be arranged by the defendants for him to continue business.

*Maurice B. Rich* and *Charles B. McLaughlin* for appellant.

*Hugo Hunfalvy* for respondent.

Judgment reversed, new trial granted, costs to abide event, on the ground that there is no evidence to sustain the verdict; no opinion.

Concur: WILLARD BARTLETT, Ch. J., WERNER, CHASE, HOGAN, MILLER, CARDOZO and SEABURY, JJ.